Christina Harper, Esq., AZB #020485
Kristin E. Wick, Esq., AZB #027082
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Kristin.Wick@mtglawfirm.com
Attorneys for Movant Seterus, Inc. as the authorized
subservicer for Federal National Mortgage Association
("Fannie Mae"), creditor c/o Seterus, Inc.
TS #118275

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Andres Garcia,<br>Joanne Garcia,<br><br>            Debtors. | Case No. 4:13-bk-21839-EWH<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN** |

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Seterus"), a secured creditor in this bankruptcy case, through undersigned counsel, hereby withdraws its Objection to Chapter 13 Plan, filed at docket #34. Debtors' Amended Plan, filed at docket #40, provides for the curing of the pre-petition arrears as set forth in Seterus' POC filed a claim #5.

/ / /

/ / /

1

DATED this 7th day of May, 2014.

/s/ Kristin E. Wick
Christina Harper, Esq.
Kristin E. Wick, Esq.
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012
*Attorneys for Movant*

ORIGINAL filed by ECF and
COPIES of the foregoing were mailed
this 7th day of May, 2014, to:

Andres Garcia
Joanne Garcia
42283 West Michaels Drive
Maricopa, AZ 85138
*Debtors*

Jack Edward Pritt
Law Office of Jack Pritt
20987 N. John Wayne Pkwy #B104
MS 315
Maricopa, AZ 85239
*Debtors' Attorney*

Diane C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
*U.S. Trustee*

/s/   Lisa Montee